UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD SMOTHERS,                                      Case No. 1:06-CV-119

       Plaintiff,                                                Hon. Richard Alan Enslen

v.

MICHIGAN DEPARTMENT
OF CORRECTIONS, *et al*.
                                     **FINAL JUDGMENT**
       Defendants.                    /

    In accordance with the Opinion issued on this date;

    **IT IS HEREBY ORDERED** that Plaintiff Ronald Smothers' Objection to the Report and Recommendation (Dkt. No. 77) is **DENIED** and the Report and Recommendation (Dkt. No. 75) is **ADOPTED AND MODIFIED** as explained in the Opinion.

    **IT IS FURTHER ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

    **IT IS FURTHER ORDERED** that the Court certifies an appeal from this action would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

    **IT IS FURTHER ORDERED** that dismissal of this action will count as a **STRIKE** for purposes of 28 U.S.C. § 1915(g).

                                       /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:        RICHARD ALAN ENSLEN
    April 27, 2007               SENIOR UNITED STATES DISTRICT JUDGE